<span style="color:red">**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000923
17-MAY-2018
10:52 AM**</span>

NO. CAAP-17-0000923

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DONNA M. PEAKE,
Plaintiff-Appellee/Cross-Appellant,
v.
SAMANTHA K.K. LABATAD,
Defendant-Appellant/Cross-Appellee.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1RC17-1-6007)

ORDER GRANTING THE FEBRUARY 14, 2018
NOTICE TO WITHDRAW CROSS-APPEAL
(By: Ginoza, Chief Judge, Leonard and Reifurth, JJ.)

Upon consideration of pro se Plaintiff-Appellee/Cross-Appellant Donna M. Peake's (Peake) February 14, 2018 Notice to Withdraw Cross-Appeal, which the court construes as a motion to dismiss the cross-appeal, the papers in support, the record, and there being no opposition,

IT IS HEREBY ORDERED that, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the cross-appeal, filed by Peake on January 10, 2018, is dismissed.

DATED: Honolulu, Hawai'i, **May 17, 2018.**

Chief Judge

Associate Judge

Associate Judge